# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA
V.

WILLIAM C. ROTH

## CRIMINAL COMPLAINT

CASE NUMBER: 93-0402L-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 1, 1993__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate commerce with intent to avoid prosecution for a felony by the Commonwealth of Massachusetts.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Lawrence Frisoli_
Signature of Complainant
LAWRENCE FRISOLI
Special Agent

Sworn to before me and subscribed in my presence,

March 10, 1993                   at   Boston, Massachusetts
Date                                  City and State

Lawrence P. Cohen
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

I, LAWRENCE FRISOLI, Special Agent, Federal Bureau of Investigation ("FBI"), duly sworn, depose and state as follows:

1. The FBI has been requested to assist the District Attorney's Office for Middlesex County in the location and apprehension of WILLIAM C. ROTH;

2. I have been informed by Crispin Birnbaum, Assistant District Attorney ("ADA"), as follows:

   a. WILLIAM C. ROTH was charged with the crime of receiving stolen property with value over $250 by a complaint filed in the Cambridge District Court on November 8, 1990, in connection with the theft of over $1,000,000 in rare books from Harvard University.

   b. The court issued arrest warrant 90-4858 for the apprehension of WILLIAM C. ROTH.

   c. Law enforcement efforts to locate WILLIAM C. ROTH within the Commonwealth of Massachusetts have been unsuccessful.

   d. It is believed that WILLIAM C. ROTH has fled the Commonwealth of Massachusetts because investigation has determined that he has relocated to Colorado.

   e. It is now believed that WILLIAM C. ROTH has fled the Commonwealth of Massachusetts to avoid prosecution, custody and/or confinement.

   f. The Commonwealth of Massachusetts will rendite WILLIAM C. ROTH if he is apprehended outside the Commonwealth.

3. Attached hereto and made a part hereof are:

   a. Certified copy of Complaint/Arrest Warrant;

   b. A copy of a letter from ADA Birnbaum to the Office of the United States Attorney for the District of Massachusetts.

_____
LAWRENCE FRISOLI
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 10th day of March, 1993.

_____
UNITED STATES MAGISTRATE JUDGE



THE COMMONWEALTH OF MASSACHUSETTS

OFFICE OF THE

DISTRICT ATTORNEY FOR MIDDLESEX COUNTY

CAMBRIDGE 02141

THOMAS F. REILLY
DISTRICT ATTORNEY

March 3, 1993

John Pappalardo
Acting United States Attorney
U.S. Attorney's Office
1107 John McCormack Post Office and Courthouse
Boston, MA  02109

Dear Mr. Pappalardo:

    Agent Lawrence Frisoli contacted me on March 2, 1993 indicating he may be able to locate in Colorado an individual named William Roth who allegedly stole over one million dollars worth of rare books from Harvard University. Officer William McNamara of the Harvard University Police Department brought the case to me in 1990 and an arrest warrant (90-4858) was obtained from the Cambridge District Court for receiving stolen property. The warrant was entered into N.C.I.C. to no avail to date.

    I am writing now to indicate that Harvard University is willing to pay any reasonable costs incurred in the rendition, should Mr. Roth be found. Our office is willing to prosecute Mr. Roth in the local court on the outstanding charges. Any assistance the federal authorities can lend in apprehending Mr. Roth would be most appreciated. Please contact me if you need further information.

                          Very truly yours,

                          Crispin Birnbaum
                          Assistant District Attorney
                          (617) 494-4458

CB:mh

2213X

# DOCKET

**DOCKET NUMBER:** 90 7 CR 4858

**COURT DIVISION:** Cambridge

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
William C Roth
750 Clarkson St
~~Danvers MA~~
Denver Col.

**ATTORNEY NAME:** Waived
- ☐ Retained
- ☐ Assigned

**TERMS OF RELEASE:**

**DEF. DOB AND SEX:** Nov 22 1945 WM
**OFFENSE CODE(S):** 331
**DATE OF OFFENSE:** July 5 1990
**PLACE OF OFFENSE:** Cambridge
**COMPLAINANT:** William McNamara
**POLICE DEPARTMENT:** Harv U
**DATE OF COMPLAINT:** Nov 8 1990
**RETURN DATE AND TIME:** Nov 21 1990 9:00 AM

| DATE | PROCEEDING |
|---|---|
| | Arraigned before J. |
| | Advised of right to counsel |
| | Advised of right to drug exam |
| | Advised of right to bail review |
| | Advised of right to F.I. Jury Trial |
| | Waives / Requests F.I. Jury Trial |
| 11-21-90 | Warrant issued / Default warrant issued |
| | Default removed / Warrant recalled |
| 1-11-91 | Warrant issued / Default warrant issued |
| | Default removed / Warrant recalled |

**COUNT-OFFENSE a.** RECEIVING STOLEN PROPERTY, OVER $250 C266 S

(Four count-offense blocks follow, all blank: PLEA, FINDING, JUDGE, Cont. w/o finding until, Appeal of find. & disp., Appeal of disp., FINAL DISPOSITION, Discharged from probation, Dismissed at request of probation)

**CONT TO:** Jan 11/91  **PURPOSE:** New Summons — TSD