UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 93-0402-LPC
)
WILLIAM C. ROTH, )
)
Defendant. )

STATUS REPORT

In response to the Court's Order of February 8, 2005, the United States reports the above-captioned matter is still active and requests the matter remain open.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
JAMES D. HERBERT
HEIDI E. BRIEGER
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210